IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN NICHOLAS, Derivatively on behalf of TELLABS, INC., | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:13-cv-2116<br>) |
| v. | ) Honorable Sara L. Ellis<br>)<br>) |
| MICHAEL J. BIRCK, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, VINCENT H. TOBKIN, MIKEL H. WILLIAMS, LINDA W. KAHANGI, JOHN BROTS, ROGER J. HEINZ, JEAN K. HOLLEY, TIMOTHY J. WIGGINS and THOMAS P. MINICHIELLO, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants,<br>-and- | )<br>)<br>) |
| TELLABS, INC., | )<br>) |
| Nominal Defendant. | )<br>) |

## STIPULATION OF DISMISSAL

Plaintiff John Nicholas, derivatively and on behalf of Tellabs, Inc., and Defendants Michael J. Birck, Bo Hedfors, Frank Ianna, Vincent D. Kelly, Michael E. Lavin, Stephanie Pace Marshall, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, Vincent H. Tobkin, Mikel H. Williams, Linda W. Kahangi, John Brots, Roger J. Heinz, Jean K. Holley, Timothy J. Wiggins, and Thomas P. Minichiello, by and through their respective counsel, advise the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), they stipulate to dismissal of this action without prejudice with each party to bear its own costs and expenses.

Respectfully submitted,

| One of the Attorneys for Plaintiffs: | One of the Attorneys for Defendants: |
|---|---|
| s/Frank J. Johnson | s/Melanie E. Walker |
| JOHNSON & WEAVER, LLP | SIDLEY AUSTIN LLP |
| Frank J. Johnson | David F. Graham |
| Shawn E. Fields | James W. Ducayet |
| 110 West "A" Street, Suite 750 | Melanie E. Walker |
| San Diego, California 92101 | Kathleen L. Carlson |
| Tel: (619) 230-0063 | One South Dearborn Street |
| Fax: (619) 255-1856 | Chicago, Illinois 60603 |
| | Tel: (312) 853-7000 |
| THE LAW OFFICES OF EDWARD T. | Fax: (312) 853-7036 |
| JOYCE & ASSOCIATES, P.C. | |
| Edward T. Joyce | |
| Rowena T. Parma | |
| 135 South LaSalle Street, Suite 2200 | |
| Chicago, Illinois 60603 | |
| Tel: (312) 641-2600 | |
| Fax: (312) 641-0360 | |

Dated: December 13, 2013

## **CERTIFICATE OF SERVICE**

  I, Melanie E. Walker, one of the attorneys for Defendants, hereby certify that on December 13, 2013, service of the foregoing pleading was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                    s/Melanie E. Walker